UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
'17 OCT 17 PH 3: 56
SOUTHERN DISTRICT
OF INDIANA
T. A. A. BRIGGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:16-cr-0219-WTL-TAB |
| RICKY DEAN CLARK, | ) ) | |
| Defendant. | ) ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

At times material to all of these charges:

## General Allegations

1.     RICKY DEAN CLARK, the defendant herein, was a resident of the Southern District of Indiana at all times relevant to these charges

2.     The name "Child Victim 1" is the pseudonym of a pre-pubescent child.

3.     The name "Child Victim 2" is the pseudonym of a girl who is, at all relevant times, 11 years old or 12 years old, who was living in Ireland.

4.     The name "Child Victim 3" is the pseudonym of a pre-pubescent child.

5.     The Internet is a facility of interstate or foreign commerce.

1

6.     The Acer Laptop Computer and the Micro SD card which were found to contain images of Child Victim 1, Child Victim 2, and Child Victim 3 were not manufactured in the State of Indiana and, therefore, travelled in interstate commerce.

7.     The Voxer app, by which the defendant transmitted messages to Child Victim 2, relies on the Internet to allow users to communicate with each other.   The company is based in San Francisco, CA.

## Definitions

8.     The term "minor" means a person under the age of eighteen (18) years as defined in 18 U.S.C. § 2256.

9.     The term "sexually explicit conduct" as defined in 18 U.S.C. § 2256, means actual or simulated 1) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same sex or opposite sex; 2) masturbation; or 3) lascivious exhibition of the genitals or pubic area of any person.

10.    The term "visual depiction" is defined as to include undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

## Count 1
## Receipt of Child Pornography
## Involving Child Victim 2
## 18 U.S.C. § 2252(a)(2)

11.    Paragraphs 1 through 7 of this Superseding Indictment are re-alleged and incorporated by reference in Count 1.

12.    On or about between May 3, 2015 and May 23, 2015, in the Southern District of Indiana and elsewhere, the defendant, RICKY DEAN CLARK, knowingly received a visual depiction using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, that is: the defendant used a computer to receive a computer file which contained a visual depiction of Child Victim 2 engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All of which is a violation of Title 18, United States Code, Section 2252(a)(2).

**Count 2**
**Receipt of Child Pornography**
**Involving Child Victim 2**
**18 U.S.C. § 2252(a)(2)**

13.    Paragraphs 1 through 7 of this Superseding Indictment are re-alleged and incorporated by reference in Count 2.

14.    On or about between May 24, 2015 and March 7, 2016, in the Southern District of Indiana and elsewhere, the defendant, RICKY DEAN CLARK, knowingly received a visual depiction using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, that is: the defendant used a computer to receive a computer file which contained a visual depiction of Child Victim 2 engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All of which is a violation of Title 18, United States Code, Section 2252(a)(2).

4

**Counts 3-6**
**Coercion and Enticement**
**18 U.S.C. § 2422(b)**

15.     Paragraphs 1 through 7 of this Superseding Indictment are re-alleged and incorporated by reference in Counts 3-6.

16.     On or about the dates listed below in each separate Count, within the Southern District of Indiana and elsewhere, the defendant, RICKY DEAN CLARK, did use a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce, and did attempt to knowingly persuade, induce, entice, and coerce, Child Victim 2, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, sexual exploitation of a child as defined in 18 U.S.C. § 2251(a).

| **Count** | **Date** | **Minor Victim** |
|---|---|---|
| 3 | On or about May 3, 2015 | Child Victim 2<br>2015-05-03-03-30-41_480 |
| 4 | On or about May 5, 2015 | Child Victim 2<br>2015-05-05_03-43-26_157 |
| 5 | On or about September 16, 2015 | Child Victim 2<br>2016-09-16_22-16-30_235 |
| 6 | On or between December 12, 2015 and March 7, 2016 | Child Victim 2<br>Untitled 119.avi |

All of which is a violation of 18 U.S.C. § 2422(b).

**Counts 7 to 19**
**Sexual Exploitation of a Child and**
**Attempted Sexual Exploitation of a Child,**
**18 U.S.C. §§ 2251(a) and (e)**

17.    Paragraphs 1 through 7 of this Superseding Indictment are re-
alleged and incorporated by reference in Counts 7-19.

18.    On or about the dates listed below in each separate Count, within
the Southern District of Indiana and elsewhere, the defendant, RICKY DEAN
CLARK, did use, employ, entice, persuade, induce, and coerce a minor to
engage in sexually explicit conduct for the purpose of producing any visual
depiction of such conduct, and did attempt to do so, knowing or having reason
to know that such visual depiction would be transported or shipped in
interstate or foreign commerce or mailed, or such visual depiction was
produced using materials that had been mailed, shipped, or transported in
interstate or foreign commerce by any means, including by computer, or such
visual depiction was actually transported or shipped in interstate or foreign
commerce or mailed.

| Count | Date | Minor Victim | Filename |
|---|---|---|---|
| 7 | Between in or about May 3, 2015 and May 23, 2015 | Child Victim 2 | 2015-05-05_03-30-41_480.mp4 |
| 8 | On or about August 27, 2015 | Child Victim 2 | Untitled 51.avi |
| 9 | On or about November 21, 2015 | Child Victim 3 | VID_20151121_020903_937.mp4 |
| 10 | On or about November 21, 2015 | Child Victim 2 | Untitled 97.avi |
| 11 | On or about October 27, 2015 | Child Victim 2 | Untitled 83.avi |
| 12 | On or about November 18, 2015 | Child Victim 2 | Untitled 95.avi |
| 13 | On or about December 16, 2015 | Child Victim 2 | Untitled 119.avi |
| 14 | On or about March 7, 2016 | Child Victim 2 | Untitled 131.avi |
| 15 | On or about November 21, 2015 | Child Victim 3 | VID_20151121_020953_522.mp4 |
| 16 | On or about November 21, 2015 | Child Victim 3 | VID_20151121_021344_832EPYC.mp4 |
| 17 | On or about November 21, 2015 | Child Victim 3 | VID_20151121_025742_706.mp4 |
| 18 | On or about November 21, 2015 | Child Victim 3 | VID_20151121_025856_465.mp4 |
| 19 | On or about June 2, 2013 | Child Victim 1 | OM...G.avi |

All of which is a violation of 18 U.S.C. §§ 2251(a) and (e)

**Count 20**
**Distribution of Visual Depictions of a Minor**
**Engaged Sexually Explicit Conduct**
**18 USC § 2252(a)(2)**

19.     Paragraphs 1 through 7 of this Superseding Indictment are re-alleged and incorporated by reference in Count 20.

20.     On or about November 21, 2015, in the Southern District of Indiana and elsewhere, the defendant, RICKY DEAN CLARK, knowingly distributed a visual depiction using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, that is: the defendant used a computer and the Internet to distribute a computer file which contained a visual depiction of Child Victim 3 engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All of which is a violation of Title 18, United States Code, Section 2252(a)(2).

**Count 21**
**Distribution of Visual Depictions of a Minor**
**Engaged Sexually Explicit Conduct**
**18 USC § 2252(a)(2)**

21.     Paragraphs 1 through 7 of this Superseding Indictment are re-alleged and incorporated by reference in Count 21.

22.     On or about August 27, 2015, in the Southern District of Indiana and elsewhere, the defendant, RICKY DEAN CLARK, knowingly distributed a visual depiction using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, that is: the defendant used a computer and the Internet to distribute a computer file which contained a visual depiction of a minor child engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All of which is a violation of Title 18, United States Code, Section 2252(a)(2).

**Counts 22-25**
**Possession of a Device Containing**
**Visual Depictions of Minors Engaged in Sexually Explicit Conduct**
**18 USC § 2252(a)(4)(B) and (b)(2)**

23.    Paragraphs 1 through 7 of this Superseding Indictment are re-alleged and incorporated by reference in Counts 22-25.

24.    On or about June 13, 2016, in each separate Count listed below, in the Southern District of Indiana, the defendant, RICKY DEAN CLARK, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter, which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that is: the defendant knowingly possessed a devices that contained one or more visual depictions of minors under the age of 18 years, including at least one minor who is less than 12 years of age or who is a pre-pubescent minor, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A).

| Count | Date | Device |
|:---:|:---:|:---:|
| 22 | June 13, 2016 | Samsung SD Card taken from Samsung Cell phone SM-S820L |
| 23 | June 13, 2016 | Acer Laptop Computer – Aspire 7740G-6364 |
| 24 | June 13, 2016 | Eagle Tech External Hard Drive - Consus |
| 25 | June 13, 2016 | ZTE Cell Phone Z796C Majesty |

All of which is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

11

**Count 26**
**Coercion and Enticement**
**18 U.S.C. § 2422(b)**

25.     Paragraphs 1 through 7 of this Superseding Indictment are re-alleged and incorporated by reference in Count 26.

26.     On or between April 1, 2015 and April 13, 2016, within the Southern District of Indiana and elsewhere, the defendant, RICKY DEAN CLARK, did use a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce, and did attempt to knowingly persuade, induce, entice, and coerce, Child Victim 2, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, sexual exploitation of a child as defined in 18 U.S.C. § 2251(a), that is:   RICKY DEAN CLARK did, by means of the app Voxer, leave messages for Child Victim 2 in which he persuaded, induced, enticed and coerced Child Victim 2 to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct.

All of which is a violation of 18 U.S.C. § 2422(b).

## Count 27
### Sexual Exploitation of a Child and
### Attempted Sexual Exploitation of a Child,
### 18 U.S.C. §§ 2251(a) and (e)

27.    Paragraphs 1 through 7 of this Superseding Indictment are re-alleged and incorporated by reference in Count 27.

28.    On or between April 1, 2015 and April 13, 2016, within the Southern District of Indiana and elsewhere, the defendant, RICKY DEAN CLARK, did use, employ, entice, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did attempt to do so, knowing or having reason to know that such visual depiction would be transported or shipped in interstate or foreign commerce or mailed, or such visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, or such visual depiction was actually transported or shipped in interstate or foreign commerce or mailed.

All of which is a violation of 18 U.S.C. §§ 2251(a) and (e).

# **FORFEITURE**

1.     Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby notifies the defendant that it will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 2253 and 2254 as part of any sentence imposed.

2.     Pursuant to Title 18, United States Code, Section 2253, if convicted of any of the offenses set forth in Counts 1-27 of this Superseding Indictment, the defendant shall forfeit to the United States:

a.     any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b.     any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses of which the defendant is convicted, or any property traceable to such property, such as all computers, storage media, cameras and electronic equipment taken from his person or residence by law enforcement officers during the investigation of these offenses.   It also includes any property, real or personal, constituting or traceable to gross profits of other proceeds derived from said

14

offenses.

3.     The property subject to forfeiture includes, but is not necessarily limited to:

     a.    Samsung cell phone SGH-T989 S II
     b.    ZTE Cell Phone Z796C Majesty
     c.    Samsung Cell Phone SM-S820L and SD card
     d.    Eagle Tech Consus External Hard Drive
     e.    Apple iBook A1005 Laptop
     f.    ProScan PLT7100G Tablet (2)
     g.    Acer Aspire 7740G-6364 Laptop

4.     The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 18, United States Code, Section 2253(b), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third party;

     c.    has been placed beyond the jurisdiction of the court;

     d.    has been substantially diminished in value; or

     e.    has been commingled with other property which cannot be divided without difficulty.

5.     In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 2254.

15

A TRUE BILL:



FOREPERSON

JOSH J. MINKLER
Acting United States Attorney

By: Kristina Marie Korobov
Assistant United State Attorney

16