UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16-cr-00219-JMS-TAB |
| | ) | |
| RICKY DEAN CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

**Government's Submission of Evidence for Consideration at Sentencing**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Kristina M. Korobov, Assistant United States Attorney, hereby submits evidence for consideration at sentencing.

**Evidence Submitted**

1. Disk 1:   Production Count Videos (CONTRABAND – CONTAINS CHILD PORNOGRAPHY) Password (ClarkRickySSGJ2#)

2. Disk 2:   Coercion / Enticement Count Videos (CONTRABAND – CONTAINS CHILD PORNOGRAPHY) (ClarkRickySSGJ2#)

3. Disk 3:   Count 26

4. Disk 4:   Count 27 (CONTRABAND – CONTAINS CHILD PORNOGRAPHY)

Evidence will be submitted directly to the Court due to the nature of the evidence.

Evidence Review:   United States v. Ricky Clark

| Count | Charge | Date | Minor Victim | Filename | Disk Location |
|---|---|---|---|---|---|
| 3 | 2422(b) | On or about May 3, 2015 | Child Victim 2 | 2015-05-03-03-3041_ 480 | Disk 1 and Disk 2 |
| 4 | 2422(b) | On or about May 5, 2015 | Child Victim 2 | 2015-05-05_ 03-4326_157 | Disk 2 |
| 5 | 2422(b) | On or about September 16, 2015 | Child Victim 2 | 2016-09-16_22-1630_235 | Disk 2 |
| 6 | 2422(b) | On or between December 12, 2015, and March 7, 2016 | Child Victim 2 | Untitled 119.avi | Disk 1 and Disk 2 |
| 7 | 2251(a) | Between May 3, 2015 and May 23, 2015 | Child Victim 2 | 2015-05-05_03-3041_480.mp4 | Disk 1 |
| 8 | 2251(a) | On or about August 27, 2015 | Child Victim 2 | Untitled 51.avi | Disk 1 |
| 9 | 2251(a) | On or about November 21, 2015 | Child Victim 3 | VID_20151121_020903_937.mp4 | Disk 1 |
| 10 | 2251(a) | On or about November 21, 2015 | Child Victim 2 | Untitled 97.avi | Disk 1 |
| 11 | 2251(a) | On or about October 27, 2015 | Child Victim 2 | Untitled 83.avi | Disk 1 |
| 12 | 2251(a) | On or about November 18, 2015 | Child Victim 2 | Untitled 95.avi | Disk 1 |

| 13 | 2251(a) | On or about December 16, 2015 | Child Victim 2 | Untitled 119.avi | Disk 1 |
| 14 | 2251(a) | On or about March 27, 2016 | Child Victim 2 | Untitled 131.avi | Disk 1 |
| 15 | 2251(a) | On or about November 21, 2015 | Child Victim 3 | VID_20151121_020953_522.mp4 | Disk 1 |
| 16 | 2251(a) | On or about November 21, 2015 | Child Victim 3 | VID_20151121_021344_832EPYC.mp4 | Disk 1 |
| 17 | 2251(a) | On or about November 21, 2015 | Child Victim 3 | VID_20151121_025742_706.mp4 | Disk 1 |
| 18 | 2251(a) | On or about November 21, 2015 | Child Victim 3 | VID_20151121_025856_465.mp4 | Disk 1 |
| 19 | 2251(a) | On or about June 2, 2013 | Child Victim 1 | O.M. . .G.avi | Disk 1 |
| 26 | 2422(b) | | Child Victim 2 | | Disk 3 |
| 27 | 2251(a) | | Child Victim 2 | | Disk 4 |

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: */s/ Kristina M. Korobov*
_____
Kristina M. Korobov
Assistant United States Attorney
United States Attorney's Office
Southern District of Indiana
10 W Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
Kristina.Korobov@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019 a copy of the foregoing Government's Sentencing Evidence Submission was filed electronically.   Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

Joe Cleary
Counsel for Defendant
Indiana Federal Community Defenders

By:    *s/ Kristina M. Korobov*
Kristina M. Korobov

4